AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16-mj-00078-VPC |
| JOSE RANGEL-ESPARZA | ) | |
| | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.: Two |
|---|---|
| | Date and Time: 6/6/16 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 06/02/2016

_William G. Cobb_
*Judge's signature*

William G. Cobb, U.S. Magistrate Judge
*Printed name and title*